IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF    :      CASE NO. 3:21MJ49

    SEALED DOCUMENT

                           :

_____

MOTION TO UNSEAL APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

_____

       Now comes the United States, by counsel, and respectfully requests that the Application,

Search Warrant, Supporting Affidavit and Return in the above captioned cases be unsealed.

                      Respectfully submitted,

                      VIPAL J. PATEL
                      Acting United States Attorney

                      s/Christina Mahy
                      CHRISTINA MAHY (0092671)
                      Assistant United States Attorney
                      Attorney for Plaintiff
                      200 West Second Street, Suite 600
                      Dayton, Ohio 45402
                      Office: (937) 225-2910
                      Fax: (937) 225-2568
                      E-mail: christina.mahy@usdoj.gov